▇ In the Matter of CARS (CITIZENS AGAINST RETAIL SPRAWL), by GEORGE CIANCIO, its President, et al., Appellants, v ROBERT GIZA, as Supervisor of Town of Lancaster, et al., Respondents. [773 NYS2d 681]—Appeal from a judgment (denomi-

nated order) of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered August 7, 2003 in a proceeding pursuant to CPLR article 78. The judgment granted respondents' motion to dismiss the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present— Pigott, Jr., P.J., Hurlbutt, Scudder, Gorski and Hayes, JJ.